# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1346
Lower Tribunal No. 2016-SC-021981-O

_____

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Appellant,

v.

PIECAR COMMUNITY HEALTHCARE, LLC, a/a/o MARLENE LOUIS,

Appellee.

_____

Appeal from the County Court for Orange County.
Amy J. Carter, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Michael C. Clarke and Joye B. Walford, of Kubicki Draper, P.A., Tampa, for Appellant.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED